UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KROST LLC,

        *Plaintiff,*

- against -

XIMA TRANSPORTATION CORP.,

        *Defendant.*

Civil Action No. 7:24-cv-05776-KMK/JCM

**DEFAULT JUDGMENT**

---

This action having been commenced on July 30, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Xima Transportation Corp. ("Xima"), at its registered address of 861 Harned Street, Apt. 12B, Perth Amboy, New Jersey 08861 through personal service on its owner, Bernard Trejo, on September 16, 2024, and a proof of service having been filed on September 17, 2024 and Xima not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED: That Krost LLC have judgment against Xima in the amount of $339,575.61 with interest at 5.36% from August 10, 2023 amounting to $24,634.02 plus costs and disbursements of this action in the amount of $945.00 amounting in all to $365,154.63, for which let execution issue.

Dated:   February 11  , 2025
       White Plains, New York

                                            Kenneth R. Karas
                                            United States District Judge for the
                                            Southern District of New York

cc: Counsel of Record